AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| **Alan Jeffrey Goldstein** | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| | ) | Civil Action No. 24-20116-CIV-WILLIAMS/GOODM |
| v. | ) ) ) | |
| | ) | |
| **Fortador, LLC** | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address*

Fortador, LLC
Serve: Registered Agent
Lev Tretyakov
395 E 10th Avenue
Hialeah, FL 33010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marian Valeria Quintero
marian.quintero@sriplaw.com
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 - Telephone

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 12, 2024

*s/ J. Conway*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court