UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-20116-CV-WILLIAMS

ALAN GOLDSTEIN,

    Plaintiff,

v.

FORTADOR, LLC,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Jonathan Goodman's Report and Recommendation (DE 15) ("***Report***") on Plaintiff's Renewed Motion for Default Final Judgment Against Defendant Fortador, LLC ("***Defendant***") (DE 13) ("***Motion***").  In the Report, Judge Goodman recommends that the Motion be granted in part and denied in part.  (DE 15 at 1.)  Specifically, Judge Goodman recommends that Plaintiff be awarded $37,500.00 in statutory damages, $3,567.00 in attorney's fees, and $470.00 in costs, and that a permanent inunction be issued.  (DE 15 at 27.)  No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1.     Judge Goodman's Report (DE 15) is **AFFIRMED AND ADOPTED**.

2.     Plaintiffs' Renewed Motion for Default Final Judgment Against Defendant Fortador, LLC (DE 13) is **GRANTED IN PART AND DENIED IN PART** and a permanent injunction is entered against Defendant.

3.     Plaintiff is awarded $37,500.00 in statutory damages, $3,567.00 in attorney's fees, and $470.00 in costs.

4. The Court will separately issue a default final judgment.

5. This case is **CLOSED**. All hearings and deadlines are **CANCELED**. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>24th</u> day of June, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE